# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARTHA JANE GUICHARD AND
NICHOLAS GUICHARD

VERSUS

GERARD J. GIANOLI, M.D.,
HOSPITAL SERVICE DISTRICT #1
OF TANGIPAHOA PARISH D/B/A
NORTH OAKS MEDICAL CENTER,

NO.   2023 CW 0125

MAY 3, 2023

---

In Re:   Martha Jane Guichard, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20190000472.

---

**BEFORE:   WELCH, PENZATO, LANIER, WOLFE, AND GREENE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** We hereby reverse in part the trial court's December 14, 2022 order that ordered the disclosure of the documents reviewed by *in camera* inspection to defendants, Norian Corporation and Depuy Synthes Sales, Inc. We find the trial court abused its discretion in ordering the production of emails exchanged between counsel for plaintiff, Martha Jane Guichard, and defendant, Gerald J. Gianoli (including all attachments and forwarded emails) because we find that a common interest privilege under La. Code Evid. art. 506(B)(3) existed between plaintiff, Martha Jane Guichard, and defendant, Gerald J. Gianoli. See **St. Bernard Port, Harbor & Terminal District v. Violet Dock Port, Inc., LLC**, 2017-0388 (La. App. 4th Cir. 4/18/18), 246 So.3d 23, 27, writ denied, 2018-0826 (La. 9/21/18), 252 So.3d 917 and **Turbine Generation Services LLC v. General Electric Co.**, 2020 WL 1243539, *3-5 (W.D. La. 3/13/20). We therefore maintain the common interest privilege over these documents, which are not subject to production.

**JEW**
**AHP**
**HG**

**Lanier and Wolfe, JJ.,** dissent. Privileges are to be strictly interpreted. **Smith v. Lincoln General Hospital**, 605 So.2d 1347, 1348 (La. 1992) (*per curiam*). We find that the trial court did not abuse its discretion in its December 14, 2022 ruling, which ordered the disclosure of the documents pursuant to the discovery request filed by the defendants, Norian Corporation and Depuy Synthes Sales, Inc. **Donelon v. Shilling,** 2021-0703 (La. App. 1st Cir. 4/12/22), 2022 WL 1090279, *3 (unpublished). According, we would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
      FOR THE COURT